MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOSHUA QUINTANAR,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01099-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 21 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 21 additional days to respond to Plaintiff's opening brief. The current due date is April 17, 2019. The new due date will be May 8, 2019.

This is Defendant's first request for an extension of time to respond to Plaintiff's opening brief and the first request in this case overall. There is good cause for this request. Since the filing of Plaintiff's motion for summary judgment, Defendant's counsel has been addressing a full workload and backlog of district court cases and other matters. A number of these cases had been previously extended multiple times by either Plaintiff or Defendant. Defendant's counsel

1

has shifted and is continuing to shift many of her cases to avoid missing the deadlines of her cases and minimize further delay of her older cases to which she is giving priority where possible. In addition, Defendant's counsel has other matters that required and still require her immediate attention, that could not be reassigned to another attorney, and thus require her to take additional time for her district court cases, including this one.

Thus, Defendant is respectfully requesting additional time up to and including May 8, 2019, to respond to Plaintiff's opening brief. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: April 16, 2019     PENA & BROMBERG, ATTORNEYS AT LAW

*s/ Jonathan O. Pena by C.Chen\**
(As authorized by email on 4/16/2019)
JONATHAN O. PENA
Attorneys for Plaintiff

Date: April 16, 2019     MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:  **April 16, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2