# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA QUINTANAR,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01099-GSA<br><br>ORDER GRANTING PETITION TO APPOINT GUARDIAN AD LITEM FOR MINOR PLAINTIFF<br><br>(Doc. 26) |

The Court having read and considered Plaintiff's Petition for Guardian Ad Litem, including the supporting declaration filed concurrently, and finding good cause, hereby orders as follows:

**IT IS ORDERED:**

1. Plaintiff's Petition for Guardian Ad Litem is **GRANTED**
2. Sophia Quintanar shall serve as Guardian Ad Litem in this action.
3. This action shall hereafter be captioned "Sophia Quintanar on behalf of J.Q."

IT IS SO ORDERED.

Dated: **February 3, 2020**    /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

-1-